**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:  Four J's Community Living Center, Inc. and Anthonia Uduma v. Patti J. Wagner, As Guardian of Jenny Ann Wagner, An Incapacitated Adult

Appellate case number:  01-19-00346-CV

Trial court case number:  2009-40925

Trial court:  269th District Court of Harris County

Appellants, Four J's Community Living Center, Inc. and Anthonia Uduma, have filed a notice of appeal of the trial court's final judgment, signed on February 8, 2019. The reporter's record was due to be filed by June 10, 2019. *See* TEX. R. APP. P. 35.1(a). On June 11, 2019, the Clerk of this Court notified appellants that the court reporter responsible for preparing the reporter's record had not filed a reporter's record because appellants had not paid, or made arrangements to pay, the fee for preparation of the reporter's record. On July 11, 2019, appellants' counsel notified the Court that payment arrangements had been made for preparation of the reporter's record. **Accordingly, the reporter's record is due to be filed no later than 30 days of the date of this order.** *See* TEX. R. APP. P. 35.3(b), (c).

It is so ORDERED.

Judge's signature: /s/ Julie Countiss _____
        ☑ Acting individually ☐ Acting for the Court

Date: __July 25, 2019___